NUMBER  13-03-00152-CV

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT OF TEXAS

 



CORPUS CHRISTI - EDINBURG

 



 



IN RE:  ELIZABETH G. KRISHNAN, M.D.

 



 

On Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

 

Before
Justices Hinojosa, Yañez, and Garza 

Opinion Per Curiam

 

            Relator, Elizabeth G. Krishnan, M.D., filed a petition for writ of
mandamus in the above cause on March 10, 2003.  The Court, having examined and fully
considered the petition for writ of mandamus, is of the opinion that said
petition for writ of mandamus should be denied. Accordingly, relator’s petition
for writ of mandamus is DENIED.

                                                                                                PER
CURIAM

 

 

 

Opinion delivered and filed

this 21st day
of March, 2003.